■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE NETTLES, Appellant. [835 NYS2d 522]—Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered on or about August 15, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Marlow, Nardelli and McGuire, JJ.